UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA CRIMINAL ACTION

VS. HUGO VALDES 3181 11-30 MBTA
(SOC. SEC. NO.) (CASE NO./SEC.)

JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, Month Day Year
the defendant appeared in person on this date ---------( MARCH 15, 2011 )

**_WITHOUT COUNSEL** However the court advised defendant of right to counsel and asked whether defendant desired to have counsel appointed by the court and the defendant thereupon waived assistance of counsel.

**X WITH COUNSEL** WALTER R. WOODRUFF (Name of Counsel)

Court Recorder/Reporter: BARBARA BUSH
Courtroom Deputy : BARBARA BUSH
Assistant U.S. Attorney: SPIRO LATSIS
U.S. Probation Officer: ARIEL TURNER

**PLEA: X GUILTY,** and the court being satisfied that there is a factual basis for the plea. **_NOLO CONTENDERE _NOT GUILTY**

There being a finding/verdict of

(_____ **NOT GUILTY.** Defendant is discharged.
(X **GUILTY on March 15, 2011 as to Count 1 Of the Bill of Information.**

Defendant has been convicted as charged of the offense(s) of 16 USC 703 and 50 CFR 20.24: TAKING AND ATTEMPTING TO TAKE IN ONE CALENDAR DAY MORE THAN THE DAILY LIMIT OF DUCKS; TO WIT, ONE IN EXCESS as to Count 1.

The sentence is imposed pursuant to the Sentencing Reform Act of l984. The court adjudged the defendant guilty as charged and convicted and ordered that: The defendant is hereby fined in the amount of $300.00 as to Count 1. The defendant signed a consent to proceed before the Magistrate Judge.

**IT IS FURTHER ORDERED** that the defendant shall pay to the United States a special assessment of $ 10.00 each as to Count(s) 1 for a total assessment of $10.00 .

**IT IS FURTHER ORDERED** that the defendant notify the United States Attorney for this District within 30 days of any change of residence or mailing address until all fines, restitution, costs and special assessments imposed by this Judgment are fully paid. In addition to the special conditions of probation imposed above, **IT IS HEREBY ORDERED** that the general conditions of probation/supervised release set out on the reverse side be imposed.

**IT IS FURTHER ORDERED:**[ ] The defendant shall pay any fines that remain unpaid at the commencement of the term of supervised release.
[ ] The court has determined that the defendant does not have the ability to pay interest.
The interest requirement is (waived) (modified as follows):

**SIGNED BY:**
U.S. Magistrate Judge [signature]
LOUIS MOORE, JR.
(Date) MARCH 15, 2011

CERTIFIED AS A TRUE COPY
ON THIS DATE ___________
BY: ____________________
Deputy Clerk

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on probation or supervised release pursuant to this judgment, the defendant shall not commit another federal, state or local crime. In addition:

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully, all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer within seventy-two hours prior to any change in residence and within seventy-two hours of any change in employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

These conditions are in addition to any other conditions imposed by this Judgment.

---

The court makes the following recommendation to the Bureau of Prisons:

**IT IS ORDERED** that the Clerk deliver a certified copy of this Judgment and Commitment to the U.S. Marshal or other qualified officer.

---

## RETURN

I have executed this judgment as follows:

________________________________________________

________________________________________________

Defendant delivered on ____________________ to ____________________ at

____________________, with a certified copy of this Judgment.

____________________
United States Marshal

____________________
Deputy Marshal